**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS       NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000 | UNIT 3601, FORTUNE PLAZA OFFICE TOWER A<br>NO. 7 DONG SANHUAN ZHONGLU<br>CHAO YANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300 |
| LEWIS R. CLAYTON<br>TELEPHONE (212) 373-3215<br>FACSIMILE (212) 492-0215<br>E-MAIL: lclayton@paulweiss.com | 12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-24-13]

[Stamp: MEMO ENDORSED]

April 23, 2013

**By Hand**

The Honorable P. Kevin Castel
United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

[Handwritten endorsement: Application granted. SO ORDERED. /s/ P. Kevin Castel, U.S.D.J. 4-24-13]

*Beach* v. *Citigroup Alternative Investments LLC*, 12 Civ. 7717 (PKC)

Dear Judge Castel:

  On behalf of defendants Citigroup Alternative Investments LLC and Citigroup Inc. (the "Citigroup Defendants"), we write to request leave to file a reply memorandum of law not to exceed 20 pages in further support of their motion to dismiss the second amended class action complaint.

  The Court has previously granted extensions to the page limits for the Citigroup Defendants' opening brief in support of the motion and plaintiff's brief in opposition, each of which was 40 pages. We believe that a reply brief of 20 pages will allow defendants to respond fully to new arguments raised in plaintiff's opposition brief. We have consulted with plaintiff's counsel, who have consented to this request.

  We are available to address any questions Your Honor may have about this request.

Respectfully submitted,

*Lewis R. Clayton* /P.A.P

Lewis R. Clayton

cc: Jacob H. Zamansky, Esq. (via email)
   David A. Straite, Esq. (via email)

[Stamp: RECEIVED APR 24 2013 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.]